| JACKSON'S LANDING NORTH | * | NO. 2023-CA-0782 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| GARNISHA PHILLIPS | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**DLD**   **DYSART, J., DISSENTS**

I dissent for the reasons assigned by Judge Ledet.